# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. TOMLINSON, | Case No. CV 15-0107-DMG (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 26, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE